UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

JAMES CLELAND,

                                **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

**Possession of Unregistered Destructive Devices**

On or about October 16, 2025, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

**JAMES CLELAND,**

knowingly possessed firearms — that is, four destructive devices, as defined at Title 26, United States Code, Sections 5845(a)(8) and (f) — that were not registered to him in the National Firearms Registration and Transfer Record.

26 U.S.C. § 5861(d)
26 U.S.C. § 5841
26 U.S.C. § 5871
26 U.S.C. §§ 5845(a)(8) and (f)

## FORFEITURE ALLEGATION
### Possession of Unregistered Destructive Devices

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c).

Pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c), upon conviction of a violation of 26 U.S.C. § 5861(d) set forth in this Indictment, the defendant,

**JAMES CLELAND,**

shall forfeit to the United States any firearm involved in the commission of the offense including, but not limited to, the destructive devices as described in this Indictment.

26 U.S.C. § 5872(a)
28 U.S.C. § 2461(c)
26 U.S.C. § 5861(d)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

*[signature]*
_____
ALEXIA A. JANSEN
Assistant United States Attorney